# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2013 WY 52

*April Term, A.D. 2013*

*May 1, 2013*

BOARD OF PROFESSIONAL
RESPONSIBILITY, WYOMING
STATE BAR,

Petitioner,

v.

CLAY B. JENKINS, WSB #5-2249,

Respondent.

D-13-0004

## ORDER OF INTERIM SUSPENSION

[¶1]  **Pursuant to** Section 17 of the Disciplinary Code for the Wyoming State Bar, Bar Counsel for the Wyoming State Bar filed, on April 11, 2013, a "Petition for Interim Suspension of Attorney." The Court, after a careful review of the petition, the "Affidavit of Bar Counsel in Support of Petition for Interim Suspension of Attorney," and the file, concludes that the petition for interim suspension should be granted and that Respondent should be suspended from the practice of law pending resolution of the formal charge that has been, or will be, filed against him. *See* Section 17(c) ("Within fifteen (15) days of the entry of an order of interim suspension, Bar Counsel shall file a formal charge.") It is, therefore,

[¶2]  **ADJUDGED AND ORDERED** that, effective May 10, 2013, the Respondent, Clay B. Jenkins, shall be, and hereby is, suspended from the practice of law, pending final resolution of the formal charge that has been, or will be, filed against him; and it is further

[¶3]  **ORDERED** that, during the period of interim suspension, Respondent shall comply with the requirements of the Disciplinary Code for the Wyoming State Bar, particularly the requirements found in Section 22 of that code; and it is further

[¶4]   **ORDERED** that, pursuant to Section 4(a)(iv) of the Disciplinary Code for the Wyoming State Bar, this Order of Interim Suspension shall be published in the Pacific Reporter; and it is further

[¶5]   **ORDERED** that the Clerk of this Court shall transmit a copy of this Order of Interim Suspension to the Respondent, Bar Counsel, members of the Board of Professional Responsibility, and the clerks of the appropriate courts of the State of Wyoming.

[¶6]   **DATED** this 1st day of May, 2013.

**BY THE COURT:***

/s/

**MARILYN S. KITE**
**Chief Justice**

*Justice Davis took no part in the consideration of this matter.  Retired Justice Michael Golden participated by assignment.